Dora V. Lane
Nevada Bar No. 8424
Ascent Law, PC
5470 Kietzke Lane, Ste. 300
Reno, NV 89511-2099
T: (775) 671-6171
dora@ascent-employmentlaw.com

Emily M. Hobbs (*application pending*)
Ascent Law, PC
110 16th Street, Ste. 1460
Denver, CO 80202
T: (720) 933-0765
emily@ascent-employmentlaw.com

Lonnie D. Giamela  (*application pending*)
Joel Moon (*application pending*)
Fisher & Phillips LLP
444 South Flower Street, Ste. 1500
Los Angeles, CA 90071
T: (213) 330-4454
lgiamela@fisherphillips.com
jmoon@fisherphillips.com

Attorneys for Defendant KG MINING
(BALD MOUNTAIN) INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SAMANTHE LOEHR, Individually and On Behalf of Others Similarly Situated,<br><br>    Plaintiff<br><br>v.<br><br>KG MINING (BALD MOUNTAIN) INC.,<br><br>    Defendant. | Case NO. 2:25-cv-00639-NJK<br><br>**STIPULATION FOR INTRADISTRICT TRANSFER** |

Pursuant to LR IA 1-6 and LR 1-8, Plaintiff Samanthe Loehr ("Plaintiff") and Defendant KG Mining (Bald Mountain) Inc. ("Defendant" or "KG Mining") stipulate and agree that the above-captioned matter be transferred to the Northern Division of the United States District Court for the District of Nevada. The basis for the parties' stipulation is as follows:

1.    Local Rule IA 1-6 provides that the United States District Court for the District of Nevada has two unofficial divisions: (a) Southern Division—consisting of Clark, Esmeralda, Lincoln, and Nye counties; and (b) Northern Division—consisting of Carson City, Churchill,

Ascent Law, PC

Douglas, Elko, Eureka, Humboldt, Lander, Lyon, Mineral, Pershing, Storey, Washoe and *White Pine* counties. Local Rule IA 1-8(a) further indicates that civil actions such as this one "must be filed in the clerk's office for the unofficial division of the court in which the action allegedly arose."

2.      Before the instant action's filing, the parties communicated regarding the fact that, due to KG Mining (Bald Mountain)'s location in White Pine County, Plaintiff had to bring this lawsuit in the Northern Division of the United States District Court for the District of Nevada. *See e.g.,* ECF 1, ¶37 ("KG Mining operates the Bald Mountain mine, which 'is . . . located in Nevada along the southern extension of the prolific Carlin trend[.]'"). Nevertheless, on April 9, 2025, Plaintiff inadvertently filed the case in the Southern Division of the United States District Court for the District of Nevada. *See* ECF 1. Given the Local Rule IA 1-6 and 1-8 mandates, and their prior communications on the subject, the parties respectfully request that the above-captioned matter be transferred to the Northern Division of the United States District Court for the District of Nevada.

Date: April 15, 2025                                    Respectfully submitted,

**RODRIGUEZ LAW OFFICES, P.C.**                **ASCENT LAW, PC**

By:     /s/ *Esther C. Rodriguez*_____        By:     /s/ *Dora Lane*___
          Esther C. Rodriguez                                      Dora V. Lane
          10161 Park Run Drive, Suite 150                  5470 Kietzke Lane, Suite 300
          Las Vegas, Nevada  89145                          Reno, Nevada 89511
          esther@rodriguezlaw.com                           dora@ascent-employmentlaw.com
          *Attorneys for Plaintiff*                               *Attorneys for Defendant KG Mining
                                                                         (Bald Mountain) Inc.*

This stipulation to transfer is **GRANTED**.  Upon opening a new case in the unofficial northern division, the Clerk's Office is **INSTRUCTED** to close this case in the unofficial southern division.
IT IS SO ORDERED.
Dated:  April 16, 2025
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

Ascent Law, PC

2