Esther C. Rodriguez (Nev. SBN 006473)
**RODRIGUEZ LAW OFFICES, P.C.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 320-8400; Fax: (702) 320-8401
info@rodriguezlaw.com

Michael A. Josephson *(Pro Hac Vice)*
Andrew W. Dunlap *(Pro Hac Vice)*
**JOSEPHSON DUNLAP LLP**
5847 San Felipe St, Suite 2400
Houston, Texas 77057
Tel: (713) 352-1100; Fax: (713) 352-3300
mjosephson@mybackwages.com
adunlap@mybackwages.com

*Counsel For Loehr & the Hourly Employees*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SAMANTHE LOEHR, Individually and for Others Similarly Situated, | Case No. 3:25-cv-00190-CLB |
| Plaintiff, | **ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO FILE MOTION FOR CONDITIONAL CERTIFICATION** |
| vs. | |
| KG MINING (BALD MOUNTAIN) INC., | [ECF No. 38] |
| Defendant. | |

Plaintiff Samanthe Loehr ("Loehr") respectfully requests an extension of the deadline to file her Motion for Conditional Certification from April 24, 2026, to June 26, 2026, and in support thereof states the following:

The current deadline for Loehr to move for conditional certification and to seek Court-authorized notice is April 24, 2026. Despite her diligent efforts, additional time is needed to complete discovery, as the class data and information have not yet been made available to Loehr. This information is crucial to understanding the scope of the proposed collective and the content of the Motion for Conditional Certification. This is Loehr's first request for an extension of this deadline, and it is made in good faith

-1-
UNOPPOSED MOTION TO EXTEND TIME
TO FILE MOTION FOR CONDITIONAL CERTIFICATION
*Loehr v. KG Mining (Bald Mountain) Inc.,*

and without the intention to cause delay. Defendant does not oppose Loehr's requested extension.

WHEREFORE, Plaintiff Loehr respectfully requests the Court grant her Motion for Extension of Time to File her Motion for Class Certification until June 26, 2026.

Date: April 24, 2026

Respectfully submitted,

/s/ Andrew W. Dunlap

Michael A. Josephson *(Pro Hac Vice)*
Andrew W. Dunlap *(Pro Hac Vice)*
**JOSEPHSON DUNLAP LLP**
5847 San Felipe St, Suite 2400
Houston, Texas 77057
Tel: (713) 352-1100
Fax: (713) 352-3300
mjosephson@mybackwages.com
adunlap@mybackwages.com

Richard J. (Rex) Burch *(Pro Hac Vice)*
**BRUCKNER BURCH PLLC**
5847 San Felipe St, Suite 2400
Houston, Texas 77057
Tel: (713) 877-8788
rburch@brucknerburch.com

Esther C. Rodriguez (Nev. SBN 006473)
**RODRIGUEZ LAW OFFICES, P.C.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 320-8400
Fax: (702) 320-8401
info@rodriguezlaw.com

*Counsel for Loehr & the Hourly Employees*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 27, 2026 _____

-2-
NOTICE OF FILING CONSENT TO JOIN COLLECTIVE ACTION
*Loehr v. KG Mining (Bald Mountain) Inc.,*