Esther C. Rodriguez
**RODRIGUEZ LAW OFFICES, P.C.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 320-8400
Fax: (702) 320-8401
esther@rodriguezlaw.com

Richard J. (Rex) Burch
**BRUCKNER BURCH PLLC**
5847 San Felipe, Suite 2400
Houston, Texas 77057
Tel: (713) 877-8788
rburch@brucknerburch.com

Michael A. Josephson
Andrew W. Dunlap
Kevin E. Collins
**JOSEPHSON DUNLAP LLP**
5847 San Felipe, Suite 2400
Houston, Texas 77057
Tel: (713) 352-1100
Fax: (713) 352-3300
mjosephson@mybackwages.com
adunlap@mybackwages.com
kcollins@mybackwages.com

*Attorneys for Loehr & the Hourly Employees*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SAMANTHE LOEHR, Individually and On Behalf of Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KG MINING (BALD MOUNTAIN) INC.,<br><br>Defendant. | Case No.: 3:25-cv-00190-CLB<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO SUBMIT AMENDED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(FIRST REQUEST)** |

Plaintiff Samanthe Loehr and Defendant KG Mining (Bald Mountain) Inc. (collectively, the "Parties"), through their respective counsel, jointly stipulate and request a brief extension of the deadline established by the Court's October 20, 2026, Minute Order (ECF No. 48).

The Parties are continuing to confer regarding the Amended Joint Discovery Plan and Scheduling Order. Although the Court directed the Parties to file the amended plan by November 2, 2026, the Parties anticipate completing their discussions and submitting the proposed plan by Friday, November 6, 2026. The Parties therefore respectfully request a brief extension of the November 2 deadline through November 6, 2026.

Date: November 2, 2026

By: */s/ Andrew W. Dunlap*
Michael A. Josephson
(admitted *pro hac vice*)
Andrew W. Dunlap
(admitted *pro hac vice*)
Kevin E Collins
(*pro hac vice application forthcoming)*
**JOSEPHSON DUNLAP LLP**
5847 San Felipe, Suite 2400
Houston, Texas 77057
(713) 352-1100

Richard J. (Rex) Burch
(admitted *pro hac vice*)
**BRUCKNER BURCH PLLC**
5847 San Felipe, Suite 2400
Houston, Texas 77057
(713) 877-8788

Esther C. Rodriguez
Nevada Bar No. 6473
**RODRIGUEZ LAW OFFICES, P.C.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
(702) 320-8400

*Attorneys for Plaintiffs LOEHR & THE HOURLY EMPLOYEES*

Respectfully Submitted,

By: */s/ Emily Hobbs*
Lonnie Giamela
(admitted *pro hac vice*)
Joel Moon
(admitted *pro hac vice*)
**FISHER & PHILLIPS LLP**
444 South Flower Street, Ste. 1500
Los Angeles, CA 90071
(213) 330-4454

Emily Hobbs
(admitted *pro hac vice*)
**ASCENT LAW, P.C.**
110 16th Street, Ste. 1460
Denver, CO 80202
(720) 933-0765

Dora V. Lane
Nevada Bar No. 8424
**ASCENT LAW, P.C.**
5470 Kietzke Lane, Ste. 300
Reno, NV 89511
(775) 671-6171

*Attorneys for Defendant KG MINING (BALD MOUNTAIN) INC.*

IT IS SO ORDERED.

HON. CARLA BALDWIN
UNITED STATES MAGISTRATE JUDGE

DATED: November 3, 2026.